UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 10-40-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DENNIS DYKES, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On August 31, 2012, Defendant Dennis Dykes moved to withdraw his guilty plea. The United States filed a response, R. 62, and Magistrate Judge Atkins held a hearing on November 14, 2012. R. 81. Judge Atkins filed his Report and Recommendation on November 21, 2012, recommending that Dykes's motion be denied. R. 84. Dykes has not filed any objections to this recommendation, and the time for filing any objections has expired. *See* Fed. R. Crim. P. 59(b). Dykes has therefore waived any objection. Accordingly, the Court **ADOPTS** Judge Atkins's Report and Recommendation, R. 84, as the opinion of the Court. It is **ORDERED** that Dykes's motion to withdraw his guilty plea is **DENIED**.

This the 11th day of December, 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge